IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DENNIS LAMONT CATES,              )
                                  )
        Petitioner,                )
                                  )        1:14CV152
    v.                             )        1:09CR426-1
                                  )
UNITED STATES OF AMERICA,          )
                                  )
        Respondent.                )

## **ORDER**

On February 26, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 41 and 42.) Petitioner timely filed objections (Doc. 43) to the Recommendation. On March 31, 2014, Petitioner filed a corrected Motion to Vacate, Set Aside, or Correct Sentence (1:14CV268/1:09CR426-1, Doc. 44), which is proceeding on the court's docket.

This court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that this action be, and is hereby, dismissed without prejudice to Petitioner promptly filing a

corrected motion on the proper § 2255 forms, correcting the defects set out in the Order and Recommendation. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of May, 2014.

_____
United States District Judge